IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD GARNES,

    Petitioner,                    No. CIV S-03-0527 FCD EFB P

    vs.

ANTHONY LAMARQUE, et al.,

    Respondents.               ORDER

_____/

    Petitioner has requested an extension of time to file and serve objections to the September 26, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 16, 2006 request for an extension of time is granted; and

    2. Petitioner shall file and serve objections to the September 26, 2006, findings and recommendations on or before November 16, 2006.

Dated: November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE